UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:21-cv-00315-WFJ-JSS

DREW DADDONO, as Personal Representative on behalf of the Estate of Stephanie Marie Miller,

    Plaintiff,

v.

KURT A. HOFFMAN, WILLIAM PRUMMELL, ARMOR CORRECTIONAL HEALTH SERVICES, INC., CORIZON HEALTH, INC., DOROTHY COATES, RN, MARY JO CASADEVALL-ALI, RN, INNA I. PARASCHUK, RN, DEANNE FERRARI, LPN, ALEAH MORSE, LPN, KELLY B. JOHNSON, APRN, MARYAM D. NABAVI, MD, JILL CALVERT, LPN, HALEY ANN JOHNSON, RN, WANDA GOFF, LPN, KATELYN MCCOY HAMSHARIE, LPN, IRENE MURIUKI, LPN, KRYSTAL YOUNG, LPN, FRANTZ SIMEON, MD, ASHLEY SHERMAN, RN, KAREN J. TAYLOR, RN and SUSAN LEHMAN, LPN,

    Defendants.
_____/

### DEFENDANT CORIZON HEALTH, INC.S' MOTION FOR AN ORDER FOR RELEASE OF RECORDS

Defendant Corizon Health, Inc. ("Corizon"), files this Motion for an Order for Release of Records as follows:

**MOTION**

1. On July 14, 2021, the undersigned subpoenaed the entire file of the Department of Children and Families as it relates to the Decedent, Stephanie Miller. The subpoena and return of service are attached as Exhibit 1.

2. On July 16, 2021, the undersigned received an email from Lisa Ajo, the Assistant SunCoast Region Counsel for the Department of Children and Families advising the requested records are confidential pursuant to Florida law and requesting a court order to allow compliance.

3. Therefore, Corizon seeks the order requested by the Department of Children and Families ("DCF").

## MEMORANDUM OF LAW

This is a mixed federal and state law case brought by the Personal Representative of the Estate of Stephanie Marie Miller, who was detained in the Charlotte County Jail from November 10, 2018 to November 30, 2018. Miller died on December 10, 2018 [ECF #1, ¶¶3, 57]. At the time of her detention, Corizon provided medical care to Charlotte County inmates by contract with the Sheriff. Identical claims are brought against the Sarasota County Sheriff.

The case includes two survivors: Miller's son and her mother. Records obtained through discovery and research indicate that Miller had interaction with DCF, so Corizon subpoenaed "all records" from DCF. The Plaintiff did not object to the subpoena. After service, DCF informed the undersigned that it considers the

records, or some of them, confidential, but the records will be provided if an order directs production.

In the normal course, a motion to compel would be warranted. However, the undersigned sees no reason to take that road, and the resultant award of fees, since the DCF agrees to provide the documents if the Court issues an order to do so. This is not an adversarial issue and there is no need to waste either lawyer time or judicial resources.

Therefore, Corizon requests this Court to grant this motion and enter an order allowing DCF to release the complete file it maintains regarding Stephanie Marie Miller.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that he has conferred with all counsel regarding this Motion via Email. Counsel for Defendants Armor, Lehman, Muriuki, Sherman, Taylor, Young and Simeon, as well as counsel for Defendant Hoffman consent to the Motion. Counsel for the Plaintiff has not yet responded and the undersigned will continue his efforts to obtain a response from the Plaintiff's counsel and provide an amended Local Rule 3.01(g) Certification after three days, as required.

By:   /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

Jacob Samuel Slotin
Slotin Law, PLLC
*Attorneys for Plaintiff*
800 N. Belcher Road
Clearwater, FL 33765
P: 904-710-9901
F: 904-355-0226
E: Jake.Filings@gmail.com

Bora S. Kayan
Office of the County Attorney
*Attorneys for Defendant Hoffman*
1660 Ringling Boulevard, Second Floor
Sarasota, FL 34236
P: 941-861-7224
E: bkayan@scgov.net
skerkering@scgov.net

Dallas S. LePierre
Mario B. Williams
NDH LLC
*Attorneys for Plaintiff*
44 Broad Street, NW, Ste. 200
Atlanta, GA 30303
P: 813-654-0288
E: dlepierre@ndh-law.com

David P. Ferrainolo
Hall Prangle & Schoonveld, LLC
*Attorneys for Defendants Armor, Lehman, Muriuki, Sherman, Taylor, Young and Simeon*
3507 E. Frontage Road, #140
Tampa, FL 33607
P: 813-202-8890
E: EfileFlorida@hpslaw.com
dferrainolo@hpslaw.com
tromera@hpslaw.com
apabon@hpslaw.com

Julie M. Riche
Hall Prangle & Schoonveld, LLC
*Attorneys for Defendants Armor, Lehman, Muriuki, Sherman, Taylor, Young and Simeon*
25 W. Cedar Street, Suite 660
Pensacola, FL 32502
P: 850-462-9520
F: 850-462-9529
E: EfileFlorida@hpslaw.com
jriche@hpslaw.com
teckard@hpslaw.com

                THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Coates, Casadevall-Ali, Paraschuk, Morse, K. Johnson, Nabavi, Calvert, H. Johnson, Goff, McCoy, Ferrari and Prummell*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:   /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689