UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DREW DADDONO, as personal
representative on behalf of the Estate
of STEPHANIE MARIE MILLER,

    Plaintiff,

v.                                 Case No: 8:21-cv-315-WFJ-JSS

KURT A. HOFFMAN as SHERIFF
OF SARASOTA COUNTY, *et al.*,

    Defendants.
_____/

## ORDER

THIS MATTER is before the court on Plaintiff's Motion for Sanctions and to Compel ("Motion") (Dkt. 108) and Defendant Corizon Health, Inc.'s Response (Dkt. 116). On March 17, 2022, the court conducted a hearing on the Motion. For the reasons stated at the hearing, the Motion is denied.

Upon review of the transcript of Defendant Corizon Health Inc.'s corporate representative deposition (Dkt. 108-2), the undersigned finds that the corporate representative's answers are sufficient under Federal Rule of Civil Procedure 30(b)(6). *See Tamara Goers et al. v. L.A. Ent. Group, Inc. et al.*, No. 2:15-CV-412-FTM-99CM, 2017 WL 2578649, at *7 (M.D. Fla. June 14, 2017) (omitting citations) (explaining that "[s]imply [ ] because a designee cannot answer every question on a certain topic does not necessarily mean that the corporation failed to meet its Rule 30(b)(6) obligation,"

because a Rule 30(b)(6) witness "need not have personal knowledge of the designated subject matter, nor the most knowledge").   Notwithstanding, Plaintiff is granted leave to further depose Defendant Corizon Health, Inc.'s corporate representative within the time limit provided by Rule 30(d)(1), if necessary.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Sanctions and to Compel (Dkt. 108) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, on March 18, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record