**From:** Arti Modi
**Sent:** Monday, December 16, 2019 9:33 AM
**To:** Mario Williams <mwilliams@ndh-law.com>
**Cc:** Amy King <aking@medleague.com>; Linda Sellers <lsellers@medleague.com>; Vimal Patel <vpatel@medleague.com>
**Subject:** Infectious Disease MD CV and fee agreement - Stephanie Miller
**Importance:** High

Good morning Mr. Williams,

I have attached the CV and fee agreement of Dr. Chad Zawitz, a well-qualified Infectious Disease MD expert who regularly sees inmates in Jail/Correctional facilities. Dr. Zawitz would be happy to review the case on behalf of your client. Dr. Zawitz has reviewed many cases and has testified at about 8 depositions and testified in 4 trials. Dr. Zawitz is very knowledgeable and a pleasure to work with.

Please review the attached information and return the retainer of, signed fee agreement and medical records (printed single-sided) to our office as soon as possible. Please note Dr. Zawtiz fee agreement related to rush rate. We'll organize the file for the expert and forward the records on your behalf. Subsequent checks for work on the file and additional records should also be sent to our office.

If you choose to use the expert on additional cases, we would handle the billing. If you need additional nursing, physician, or other healthcare experts for this case, or any other cases, please contact us. We would be happy to locate other qualified experts for you.

Please feel free to contact me if you have any questions.

Thank you for the opportunity to assist you in this matter. We look forward to working with you.

Respectfully,



**Legal Nurse Consulting | Medical and Nursing Expert Referral**

**Arti Modi, BS, CPC**
**President**
Email: amodi@medleague.com
Tel:  908-788-8227
Fax:  908-806-4511

260 US Highway 202/31, Suite 200
Flemington, NJ 08822

www.medleague.com
www.medicalbillingexpert.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete or contain viruses. The sender, therefore, does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.