From: **Jake Slotin** <jake.filings@gmail.com>
Date: Tue, Feb 25, 2020 at 8:53 AM
Subject: Miller v. Charlotte County Sheriff, Corizon, et al.- REQUEST FOR EXPERT WITNESS SERVICE
To: <chad.Zawitz@gmail.com>
Cc: Dallas Lepierre <dlepierre@ndh-law.com>, Drew Daddono
<drew@anchortrustmanagement.com>


Good morning, Dr. Zawitz:

It was a pleasure speaking with you today. As discussed, please see the attached article for more information. Also, please send your **current CV, Fee Agreement, and W9** in advance of your initial review.

Best regards,
***Jacob "Jake" S. Slotin***
Slotin Law, PLLC
P.O. Box 23236
Saint Petersburg, FL 33742
(904)710-9901
**Confidentiality Notice:**This electronic mail transmission and any attachment may contain confidential, proprietary, and/or legally privileged personal information (collectively, Confidential Information), intended for the named recipient(s) only. Any review, use, disclosure, distribution, copying or other action regarding the information contained in this transmission and any attachment by an unnamed recipient is legally prohibited. If you are not a named recipient, immediately call me at 904-710-9901 or send a reply email and then delete and purge this transmission and any attachment from your computer system. To opt out send an email to jake.filings@gmail.com with OPT OUT in the subject line.