## UNITED STATES DISTRICT COURT
## MIDDILE DISTRICT OF FLORIDA
## TAMPA DIVISION

DREW DADDONO, as personal
representative on behalf of the
Estate of STEPHANIE MARIE
MILLER,

     Plaintiff,

v.                                                        CASE NO. 8:21-cv-315-WFJ-JSS

KURT A. HOFFMAN as SHERIFF
OFSARASOTA COUNTY, *et al.*,

     Defendants.

_____/

STATE OF CALIFORNIA
COUNTY OF FRESNO

## AFFIDAVIT OF JACOB SLOTIN IN SUPPORT OF MOTION TO EXCLUDE

Before me, the undersigned Notary Public, appeared JACOB SLOTIN who being first duly sworn, deposes and says that:

1. I am over the age of eighteen (18) and competent to make this affidavit.

2. I make this affidavit of my own personal knowledge and have personal knowledge of all facts contained herein.

3. I have read the Motion to Exclude and all of the facts therein are true to the best of my knowledge and belief.

1

4. I am counsel for the Plaintiff, Drew Daddono as Personal Representative of the Estate of Stephanie Marie Miller.

5. On the morning of February 25, 2020, I spoke with Dr. Chad Zawitz about his providing expert services to Plaintiff related to the case of Miller v. Hoffman, both presuit and during trial.

6. This telephone call occurred prior to the follow up email I sent at 8:53 a.m. on February 25, 2020.

7. During that conversation I explained the facts of the case to Dr. Zawitz and inquired about his service as an expert. He agreed to provide that service for a specific retainer and hourly rate, a rate to which I agreed verbally. Thereafter, I shared additional information about counsel's views of the strengths and weaknesses of each parties' position, claims, and defenses and evaluation as to the evidence as it pertained to each, counsels' legal theories, and strategies and defenses thereto, including all that applied the Sarasota County Sheriff's Office, Armor Correctional Health Services, Inc. and its staff.

8. I sent a follow up email at 8:53 a.m. on February 25, 2020, requesting his CV, fee agreement, and a W9 to permit payment of the agreed upon sum.

9. Again, on February 25, after the initial call and follow up email, Dr. Zawitz emailed to have another brief call with myself, which call was had.

10. During this call I again explained Plaintiff's counsel's views of the strengths and weaknesses of each parties' position, claims, and defenses and evaluation as to the evidence as it pertained to each, counsels' legal theories, and strategies and defenses thereto.

FURTHER THE AFFIANT SAYETH NAUGHT

SIGNATURE

_Jacob Slotin_
Printed Name

This day the __17__ day of __May__ 2022, _Jacob Slotin_ personally appeared before me, having produced _Florida Driver License_ as identification, and being duly sworn made oath that the foregoing statements are true and correct to the best of their knowledge, information and belief.

_(see attachment)_
Notary Public

Certificate Number:
_2349434_

My Commission Expires:
_03/01/2025_

3

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1                Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Fresno___

[Notary Seal:
SUSANA BALTAZAR
Notary Public - California
Fresno County
Commission # 2349434
My Comm. Expires Mar 1, 2025]

Seal
Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me

on this __17__ day of __May__, 20__22__,
        Date       Month       Year
by
(1)___Jacob Slotin_____

(and (2)_____ ),
             Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
           Signature of Notary Public

═══════════════ OPTIONAL ═══════════════

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

Description of Attached Document

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910