

On Tue, Feb 25, 2020 at 5:26 PM Chad Zawitz <chad.zawitz@gmail.com> wrote:

Hi Jake,

Can we arrange to speak very briefly via phone?

Anytime is good as it will be brief.  Just let me know what works for you. Thank you,

Chad

