

On Fri, Jun 5, 2020 at 4:29 PM Chad Zawitz <chad.zawitz@gmail.com> wrote:

Might I suggest Rachel Prosser (ARNP) from Minnesota?  She worked with the Minnesota prison system for many years, is very bright, very hard working, and very interested in this line of work.
  drprossernp@gmail.com

As for an MD with similar credentials to me?  The best person I can think of is Dr. Harish Moorjani in NY prison system.  He is ID, decades of prison work, and very very smart.  And I believe he has experience with case review work, although I cannot say for certain.  (Harish Moorjani — bugmd@hotmail.com)

I apologize with my personal situation being what it is.  I hope these references are helpful!

All my best,

Chad

On Jun 5, 2020, at 3:24 PM, Jake Slotin <jake.filings@gmail.com> wrote:

Good afternoon, Dr. Zawitz:

My co-counsel, Dallas Lepierre, tells me that you will be unable to provide expert witness services in the above-referenced case. While this is unfortunate, I understand your limitations given the current pandemic.

However, if you have any recommendations for a replacement experts--in particular, a **MD** with similar credentials to your own and an **ARNP** with over 5 years of experience in correctional healthcare--please let me know. Thank you!

Best regards,
**_Jacob "Jake" S. Slotin_**
Slotin Law, PLLC
P.O. Box 23236
Saint Petersburg, FL 33742
(904)710-9901

**Confidentiality Notice:** This electronic mail transmission and any attachment may contain confidential, proprietary, and/or legally privileged personal information (collectively, Confidential Information), intended for the named recipient(s) only. Any review, use, disclosure, distribution, copying or other action regarding the information contained in this transmission and any attachment by an unnamed recipient is legally prohibited. If you are not a named recipient, immediately call me at 904-710-9901 or send a reply email and then delete and purge this transmission and any attachment from your computer system. To opt out send an email to jake.filings@gmail.com with OPT OUT in the subject line.