# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **DREW DADDONO, as Personal Representative on behalf of the Estate of Stephanie Marie Miller**     *Plaintiff,*  v.  **KURT A. HOFFMAN, et al,**     *Defendants.* | Civil Action No.: 8:21-cv-00315-WFJ |

## SLOTIN LAW, PLLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE ABOVE CAPTIONED MATTER

COMES NOW, Co-counsel for the Plaintiff, Slotin Law, PLLC, pursuant to Local Rule 2.02(c) and Florida Rules of Professional Conduct Rule 4-1.16(b), and respectfully moves this Court to allow it and Jacob S. Slotin to withdraw as attorney of record for Drew Daddono, as Personal Representative of the Estate of Stephanie Marie Miller. In support thereof, Slotin Law, PLLC states the following:

1. Attorney Jacob S. Slotin and Slotin Law, PLLC wish to withdraw as co-counsel and attorney of record for the Plaintiff.

2. Florida Rules of Professional Conduct Rule 4-1.16(b), titled "When Withdrawal is Allowed" governs when a lawyer may withdraw. Section

(b)(1) of the rule states an attorney may withdraw from a matter when "withdrawal can be accomplished without material adverse effect on the interests of the client." Plaintiff will still be represented by the law firm HDR, LLC.

3. Further, Florida Rules of Professional Conduct Rule 4-1.16(b)(2) allows for withdrawal when the client insists upon taking action with which there is a "fundamental disagreement". Jacob S. Slotin and Slotin Law, PLLC have been unable to resolve this fundamental disagreement with client and co-counsel despite several attempts since October of 2022. With this, other good cause for withdrawal exists.

4. Local Rule 2.02(c) governs the withdrawal of a lawyer. The rule states that "[i]f a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action… unless the client consents to withdrawal, and" the withdrawing lawyer files a motion which includes a certification that the client consents to withdrawal.

5. The undersigned certifies that the client, Drew Daddono, as Personal Representative of the Estate of Stephanie Marie Miller, consents to the withdrawal of Jacob S. Slotin and Slotin Law, PLLC.

6. Local Rule 2.02(c) also states that "if withdrawal will result in a person proceeding pro se, that the person's mailing address, email address, and

telephone number" must be included in the motion to withdraw. In this case, the Plaintiff will be represented by HDR, LLC if Jacob S. Slotin and Slotin Law, PLLC are permitted to withdraw and, therefore, the Plaintiff will not proceed pro se if this motion is granted. In an abundance of caution, however, the undersigned provides the following contact information for Drew Daddono, as Personal Representative of the Estate of Stephanie Marie Miller: 1227 North Franklin Street, Tampa, Florida 33602; drew@anchortrustmanagement.com; (813) 444-2573.

7. The undersigned has attempted in good faith to resolve these matters.

8. The above-described matters constitute an irreconcilable difference between Slotin Law, PLLC, the Plaintiff and HDR, LLC, and constitute good cause for withdrawal.

9. The instant Motion is not filed for the purpose of delay and no party will be prejudiced by the relief requested.

**WHEREFORE**, Jacob S. Slotin and Slotin Law, PLLC respectfully request this Honorable Court to allow them to withdraw from this matter.

### Local Rule 3.01(g) Certification

The undersigned has conferred with counsel for the Defendants who do not oppose the relief requested in this motion. Therefore, the motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR THE ABOVE CAPTIONED MATTER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 16th day of December 2022,

/s/ *Jacob S. Slotin*
Jacob S. Slotin
**Slotin Law, PLLC**
800 North Belcher Road
Clearwater, FL 33765
(904) 710-9901
Jake.Filings@gmail.com
Co-Counsel for Plaintiff