UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:21-cv-00315-WFJ-MRM

DREW DADDONO, as Personal
Representative on behalf of the Estate of
Stephanie Marie Miller,

      Plaintiff,

v.

KURT A. HOFFMAN, WILLIAM
PRUMMELL, ARMOR CORRECTIONAL
HEALTH SERVICES, INC., CORIZON
HEALTH, INC., DOROTHY COATES, RN,
MARY JO CASADEVALL-ALI, RN, INNA I.
PARASCHUK, RN, DEANNE FERRARI,
LPN, ALEAH MORSE, LPN, KELLY B.
JOHNSON, APRN, MARYAM D. NABAVI,
MD, JILL CALVERT, LPN, HALEY ANN
JOHNSON, RN, WANDA GOFF, LPN,
KATELYN MCCOY HAMSHARIE, LPN,
IRENE MURIUKI, LPN, KRYSTAL
YOUNG, LPN, FRANTZ SIMEON, MD, ASHLEY
SHERMAN, RN, KAREN J.
TAYLOR, RN and SUSAN LEHMAN, LPN,

      Defendants.

_____/

## SHERIFF, KURT A. HOFFMAN'S NOTICE OF JOINDER IN CO-DEFENDANTS' RESPONSE TO MOTION TO VACATE

Sheriff, Kurt A. Hoffman, pursuant to Federal Rule of Civil Procedure Rule 3.01, Local Rules of the United States District Court for the Middle District of Florida, respectfully joins in and adopts the following motion filed by Co-Defendant, Corizon Health, Inc., Dorothy Coates, R.N., Mary Jo Casadevall-Ali, R.N., Inna I Paraschuk, R.N., Aleah Marie Morse, L.P.N., Kelly B. Johnson, A.P.R.N., Maryam D. Nabavi, M.D., Jill Elizabeth Calvert, L.P.N., Haley Ann Johnson, R.N.,

Wanda Michelle Goff, L.P.N., Katelyn Ann McCoy Hamsharie, L.P.N., Deanna Ferrari, L.P.N., and William Prummell:

1. Defendants' Response to Motion to Vacate.  [ECF #227].

By:  ___/s/ Aleksandr Boksner_____

Aleksandr Boksner
*Attorney for Defendant Hoffman*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 2nd day of February, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing electronically to the following:

Drew Daddono, Esq
Anchor Trust Management
*Plaintiff Pro Se*
1227 North Franklin Street
Tampa, FL 33602
P: 813-444-2573
Email:
Drew@AnchorTrustManagement.com
Jennifer@anchortrustmanagement.com
contact@anchortrustmanagement.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon,*
*Coates, Casadevall-Ali, Paraschuk,Morse, K.*
*Johnson, Nabavi, Calvert, H.Johnson, Goff,*
*McCoy, Ferrari and Prummell*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com
alr@thetoomeylawfirm.com
hms@thetoomeylawfirm.com

{20-58293-00283379.DOCX;1 }

Jeptha F. Barbour
Kendall S. Mabry
Marks Gray, P.A.
Attorneys for   Defendants *Armor,*
*Lehman, Muriuki, Sherman, Simeon,*
*Taylor & Young*
PO Box 447
Jacksonville, FL 32201
P: 904-398-0900
F: 904-399-8440
E: jbarbour@marksgray.com
kmabry@marksgray.com
dwaldenmaier@marksgray.com
 jpopovici@marksgray.com
twilson@marksgray.com

Adriana M. Jisa
Purdy, Jolly, Giuffreda, Barranco & Jisa
*Attorney for Defendant Prummell*
*2455 East Sunrise Blvd., Suite 1216*
*Fort Lauderdale, FL 33304*
*P: 954-462-3200*
*F: 954-462-3861*
*E: Adriana@purdylaw.com*
*Cecilia@purdylaw.com*

Respectfully submitted,

Frederick J. Elbrecht, Sarasota County Attorney
Aleksandr Boksner, Deputy County Attorney
Florida Bar No. 0526827
Office of the County Attorney
1660 Ringling Blvd., Second Floor
Sarasota, FL 34236
(941) 861-7224 – Telephone
(941) 861-7267 – Facsimile
aboksner@scgov.net – Primary
neclaudio@scgov.net – Secondary
Counsel for Defendant

By:     /s/ Aleksandr Boksner

          Aleksandr Boksner
          Deputy County Attorney

{20-58293-00283379.DOCX;1 }